IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Stanfield, Romonia Persand, and Shabnam Sheila Dehdashtian, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>First NLC Financial Services, LLC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: C 06-03892 SBA<br><br>**ORDER REGARDING PLAINTIFFS' FIRST AMENDED COMPLAINT AND RESPONSE THERETO** |

Based upon the Stipulation Regarding Plaintiffs' First Amended Complaint and Response Thereto filed by the parties and their counsel of record:

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their First Amended Complaint (Exhibit A to the Stipulation Regarding Plaintiffs' First Amended Complaint and Response Thereto) within five (5) business days of this Order.

2. The following individuals who are Plaintiffs to the lawsuit *Losoya et al. v. First NLC Financial Services, LLC*, Civil File No.: 06-CV-00866-REB-MEH, filed in the United States District Court, District of Colorado ("Losoya lawsuit") shall be included as Plaintiffs in this matter:

[PROPOSED] ORDER

| | **Last** | **First** |
|---|---|---|
| 1 | | |
| 2 | Aagard | Linda |
| 3 | Alamo | Sharon |
| 4 | Bondes | Andre |
|   | Bong | Debra |
| 5 | Brysiak | Patricia |
| 6 | Cooper | Leonard |
|   | Daney | Shannon |
| 7 | Duran | Diana |
| 8 | Eaton | Lana |
|   | Elyes | Lisa |
| 9 | Flynn | Annette |
| 10 | Forde | Stephen |
|   | Frizzell | Terral |
| 11 | Fugett | Roy |
| 12 | Garza | Andrea |
|   | Gonzalez | Adrienne |
| 13 | Gray | Laurie |
| 14 | Griffin | Kristofer |
|   | Hall | Chris |
| 15 | Haynes | Isaiah |
| 16 | Hoehn | Nicole |
|   | Hoffman | Brad |
| 17 | Jensen | Shana |
| 18 | Johnson | Marcus |
|   | Kuhns | Antoinette |
| 19 | Lafferty | Daniel |
| 20 | Losoya | Saira |
|   | Marquez | Johanna |
| 21 | McNeil | Steven |
| 22 | Montero | Carolina |
|   | Morales | Jamie |
| 23 | Page | Solomon |
| 24 | Pelayo | Enrique |
|   | Perry | Trudy |
| 25 | Prijoles | Ryan |
| 26 | Quiles | Marilyn |
|   | Russell-Smith | Lakisha |
| 27 | Shaeffer | Ronnie |
| 28 | Shirk | Karen |

2

[PROPOSED] ORDER

| | |
|---|---|
| Sieruta | David |
| Terrien | Samantha |
| Thibodeaux | Roderick |
| Vaughn | Marcus |
| Whorley | Christopher |
| Williams | Eva |
| Young | Jason |

3. The statute of limitations for the Plaintiffs listed in Paragraph 2 above shall be tolled back to the filing date of their consents forms in the *Losoya* lawsuit.

4. Plaintiffs Saira Losoya and Eva Williams listed in Paragraph 2 above shall be added to this action as named and representative Plaintiffs.

5. Defendant's responsive pleading to Plaintiffs' First Amended Complaint shall be due within twenty (20) days of the date of this Order.

**IT IS SO ORDERED.**

Dated:_8/14/06

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Court Judge
Northern District of California