UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEREMY STANFIELD, ROMONIA PERSAND, and SHABNAM SHEILA DEHDASHTIAN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  C 06-3892 SBA<br><br>**NOTICE OF COLLECTIVE ACTION** |

**TO:** **ALL PRESENT AND FORMER LOAN OFFICERS, LOAN PROCESSORS, AND ACCOUNT MANAGERS WHO WORKED FOR FIRST NLC FINANCIAL SERVICES, LLC ("FIRST NLC") FROM 3 YEARS PRIOR TO THE MAILING DATE TO THE PRESENT.**

**RE:** **FAIR LABOR STANDARDS ACT LAWSUIT FILED AGAINST FIRST NLC.**

## INTRODUCTION

The purpose of this Notice is to inform you of a collective action lawsuit brought against First NLC, to advise you of how your rights may be affected by this action, and to instruct you on the procedure to make a claim if you choose to do so.

## DESCRIPTION OF THE ACTION

On June 22, 2006, an action was filed against Defendant First NLC on behalf of the named Plaintiffs and all other similarly-situated individuals who worked as Loan Officers, Loan Processors, and Account Managers for First NLC during the past three years. Specifically, the action alleges that these individuals are owed overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, for hours worked in excess of forty (40) per week. Plaintiffs also seek an additional amount as liquidated damages, as well as attorneys' fees and costs. This litigation is currently in the early pretrial stage.

Generally, the overtime provisions of the FLSA require that, for all hours over forty hours per week that an employee works, the employer must compensate the employee at the rate of one and one-half times his or her regular hourly rate, unless that employee is properly classified as "exempt" from the overtime provisions of the FLSA. The Plaintiffs in this lawsuit claim that during one or more weeks of their employment with First NLC, they worked in excess of forty hours, but were not paid overtime at the rate of one and one-half times their hourly rate for the hours they worked in excess of forty. Plaintiffs claim that First NLC misclassified them as exempt from overtime.

First NLC denies Plaintiffs' allegations in their entirety. Specifically, First NLC asserts that the company properly classified its current and former Loan Officers, Loan Processors and Account Managers – including Plaintiffs and the class of employees Plaintiffs seek to represent – as exempt from the receipt of overtime wages because these current and former employees are,

and at all times were, primarily performing the work of overtime-exempt employees. First NLC also contends that it properly paid all of its current and former Loan Officers, Loan Processors and Account Managers.

### PERSONS ELIGIBLE TO RECEIVE THIS NOTICE

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly-situated. Those individuals that Plaintiffs allege are similarly-situated are current and former Loan Officers, Loan Processors or Account Managers employed by First NLC anywhere in the United States from [three years prior to the mailing date] to the present.

This notification is only for the purpose of determining the identity of those persons who wish to be involved in this case and has no other purpose. Your right to participate in this lawsuit may depend on a later decision by the United States District Court that you and the representative Plaintiffs are actually "similarly-situated."

### YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you are or were a Loan Officer, Loan Processor or Account Manager at First NLC during the previous three years, you may have a right to participate in this lawsuit. Enclosed you will find a postcard entitled "Plaintiff Consent Form." If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, assuming the Court determines that you are similarly-situated to the named Plaintiffs, it is extremely important that you read, sign and return the Consent Form by mail to Plaintiffs' counsel at the following address:

Nichols Kaster & Anderson, PLLP
Attn. Bryan Schwartz
100 Pine Street, Suite 725
San Francisco, CA 94111
Toll-Free Telephone: (877) 448-0492
Facsimile: (415) 421-1700

The "Plaintiff Consent Form" must be postmarked by _____, 2006.

### EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this action, you and First NLC will be bound by any ruling,

judgment, or award, whether favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the class. In addition, Nichols Kaster & Anderson and Rukin Hyland & Doria will seek to be compensated for their efforts in litigating this case, up to a combined 40% of all recovery.

You should also understand that if you join the lawsuit, then you may also be required to provide documents to First NLC's lawyers and/or attend a deposition and answer First NLC's lawyers' questions under oath.

If you decide to participate in this action, you will not incur any costs at all during the litigation process, since Nichols Kaster & Anderson has agreed to absorb all such costs.

If you do not join this action, you will not be bound by any ruling, judgment, award, or settlement, entered in this case, favorable or unfavorable. If you do not to join this action, you are free to take action on your own.

### STATUTE OF LIMITATIONS

The FLSA has a maximum statute of limitations of three years. If you choose to join this action and the Court finds in favor of the Plaintiffs, you may be able to recover back wages only during weeks you worked within three years of the date you file your "Plaintiff Consent Form." If you choose not to join in this action, then you may file your own action. Be advised that the clock will still be running on your time limit for filing your own action, if you do not join this lawsuit.

### NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, First NLC is prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

### YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this case by filing a Plaintiff Consent Form, you will be agreeing to representation by Plaintiffs' Counsel:

**Nichols Kaster & Anderson, PLLP**
Donald H. Nichols, Paul J. Lukas, and Bryan Schwartz
**Central Office:**
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
**California Office:**
100 Pine Street, Suite 725
San Francisco, CA 94111
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870
www.nka.com

**Rukin, Hyland & Doria, LLP**
Peter Rukin and John Hyland
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (877) 887-1800
Facsimile: (415) 421-1700
www.rhddlaw.com

The Plaintiffs' attorneys are being paid on a contingency fee and/or statutory basis, which means that if there is no recovery, there will be no attorneys' fees. The specific terms and conditions of representation will be contained in a fee agreement entered into by Plaintiffs' attorneys and you.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting counsel at these addresses and telephone numbers**:**

**ATTORNEYS FOR FIRST NLC**

TIMOTHY J. LONG
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814
Telephone:      916-447-9200
Facsimile:       916-329-4900
E-mail:           tjlong@orrick.com
www.orrick.com

**ATTORNEYS FOR PLAINTIFFS**

BRYAN SCHWARTZ
NICHOLS KASTER & ANDERSON, PLLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (877) 448-0492
Facsimile: (415) 421-1700
Email: schwartz@nka.com
www.nka.com

| | |
|---|---|
| MICHAEL D. WEIL<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone:    415-773-5700<br>Facsimile:    415-773-5759<br>E-mail:    mweil@orrick.com<br>www.orrick.com | JOHN HYLAND<br>RUKIN HYLAND & DORIA LLP<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>Telephone: (877) 887-1800<br>Facsimile: (415) 421-1700<br>Email: JohnHyland@rhddlaw.com<br>www.rhddlaw.com |

**YOU SHOULD NOT CONTACT THE COURT.**

## CONCLUSION

THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE HONORABLE SAUNDRA BROWN ARMSTRONG, UNITED STATES DISTRICT COURT JUDGE.

THE COURT HAS MADE NO DECISION IN THIS CASE ABOUT THE MERITS OF PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

_____

The Honorable Saundra Brown Armstrong

United States District Judge

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No. C06-03892 SBA

I hereby consent to join the lawsuit against First NLC Financial Services, LLC as a Plaintiff to assert claims against it for violations the Fair Labor Standards Act, 29 U.S.C. § 201 <u>et seq</u>. During the past three years, there were occasions where I worked over 40 hours per week for First NLC Financial Services, LLC and did not receive overtime compensation.

I worked for First NLC Financial Services, LLC as (please check all that apply):

\_\_\_\_ Loan Officer

\_\_\_\_ Loan Processor

\_\_\_\_ Account Manager

_____
Signature Date

_____
Print Name

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

_____
Best Phone Numbers

_____
E-Mail Address

_____
Social Security Number

_____
Emergency Contact

_____
First NLC Branch Location Worked

**Fax or Mail To:**
**Nichols Kaster & Anderson, PLLP**
**Attn: Bryan J. Schwartz**
**100 Pine Street, Suite 725**
**San Francisco, CA 94111**
**Toll Free Telephone (877) 448-0492**
**Facsimile: (415) 421-1700**