1 | Counsel listed on next pages

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Stanfield, Romonia Persaud, and Shabnam Sheila Dehdashtian, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>First NLC Financial Services, LLC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. C 06-3892 SBA JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE CIV. L.R. 6-2(a)**<br><br>Judge: Hon. Saundra B. Armstrong<br><br>Date Action Filed: June 22, 2006 |

OHS West:260193801.1

STIPULATION AND [PROPOSED] ORDER CHANGING
TIME FOR DISCLOSURE OF EXPERT WITNESSES
PURSUANT TO CIV. L.R. 6-2(a)  C 06 3892 SBA JL

PETER RUKIN (State Bar No. 178336)
JOHN HYLAND (State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

DONALD H. NICHOLS (MN State Bar No. 78918)
(Admitted *pro hac vice*)
PAUL J. LUKAS (MN State Bar No. 22084X)
(Admitted *pro hac vice*)
NICHOLS KASTER & ANDERSON, PLLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

BRYAN J. SCHWARTZ (State Bar No. 209903)
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
301 Clay Street, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**Attorneys for Individual and Representative Plaintiffs**

///

///

///

///

///

///

///

///

///

///

///

///

///

OHS West:260193801.1

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING PHASE ONE DISCOVERY CUT-OFF
DATE CIV. L.R. 6-2(a)  C 06 3892 SBA JL

| | |
|---|---|
| 1 | TIMOTHY J. LONG (State Bar No. 137591)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | 400 Capitol Mall, Suite 3000<br>Sacramento, California 95814 |
| 3 | Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900 |
| 4 | E-mail: tjlong@orrick.com |
| 5 | |
| | MICHAEL D. WEIL (State Bar No. 209056) |
| 6 | KATINA B. BOOSALIS (State Bar No. 244914)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 405 Howard Street<br>San Francisco, CA 94105 |
| 8 | Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |
| 9 | E-mail: mweil@orrick.com<br>E-mail: kboosalis@orrick.com |
| 10 | |
| | STEPHEN G. MORRISON (Admitted *Pro Hac Vice*) |
| 11 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Meridian, 17th Floor |
| 12 | 1320 Main Street<br>Columbia, SC 29201 |
| 13 | Telephone: (803) 255-9410<br>Facsimile: (803) 255-9472 |
| 14 | E-mail: steve.morrison@nelsonmullins.com |
| 15 | KENNETH E. YOUNG (Admitted *Pro Hac Vice*)<br>NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 16 | 100 N. Tryon Street, 42nd Floor<br>Charlotte, NC 28202 |
| 17 | Telephone: (704) 417-3041<br>Facsimile: (704) 417-3012 |
| 18 | E-mail: ken.young@nelsonmullins.com |
| 19 | **Attorneys for Defendant** |
| 20 | **First NLC Financial Services, LLC** |

1      PURSUANT TO LOCAL RULE 6-2(a), Plaintiffs Jeremy Stanfield, *et al.* and
2  Defendant First NLC Financial Services, LLC (collectively, "the parties") stipulate as follows:
3      WHEREAS, the December 21, 2006 Order For Pretrial Preparation sets the Phase
4  One class certification discovery cut-off as April 14, 2007;
5      WHEREAS, the parties have discovered that the original list of putative class
6  members was missing putative class members;
7      WHEREAS, the parties have agreed, upon Court approval, to conduct a second
8  mailing of the Court-approved notice and conduct a second sixty-day opt-in period for individuals
9  missing from the original class list;
10     WHEREAS, the parties stipulate that plaintiffs can amend their complaint to
11 include a fourth job title, Branch Processor;
12     WHEREAS, the parties stipulate that individuals in the Branch Processor title may
13 receive notice of this collective action and have a sixty day period to opt into the class;
14     WHEREAS, the parties have been conducting written and deposition discovery
15 and have several depositions on calendar through March and beginning in April;
16     WHEREAS, the parties stipulate that the Phase One discovery cut-off should be
17 continued to June 12, 2007;
18     WHEREAS, the parties have not sought any other modifications to the schedule
19 for the case; and
20     WHEREAS, the parties' stipulation should not affect the other dates in the Court's
21 Order For Pretrial Preparation;
22     WHEREAS, nothing by this stipulation or any other written or oral agreement by
23 First NLC shall be construed as an admission or a waiver that class certification or a collective
24 action for any of these job positions identified in plaintiffs' complaints or in this case is
25 appropriate;
26     IT IS HEREBY STIPULATED by and between the parties to this action through
27 their designated counsel as follows:
28

The parties respectfully request that this Court modify Paragraph A of the December 21, 2006 Order For Pretrial Preparation as follows "All phase one discovery, except for expert discovery, shall be completed and all depositions taken on or before **6/12/07.** The parties are responsible for scheduling discovery so that motions to resolve discovery disputes can be heard before the above discovery cut-off."

Dated: March 12, 2007

NICHOLS KASTER & ANDERSON, LLP

By: /s/
Bryan J. Schwartz
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: March 12, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/
Michael D. Weil
Attorneys for Defendant
First NLC Financial Services, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/15/07

*Sandra B. Armstrong*
Honorable Sandra B. Armstrong
United States District Court Judge