1 | Counsel listed on next pages

2
3
4
5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9  Jeremy Stanfield, Romonia Persaud, and Shabnam Sheila Dehdashtian, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>First NLC Financial Services, LLC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. C 06-3892 SBA JL<br><br>**STIPULATION AND [PROPOSED] ORDER ISSUING RENEWED JUDICIAL NOTICE OF COLLECTIVE ACTION AND SETTING OPT-IN DATES OF CERTAIN PLAINTIFFS IN COLLECTIVE ACTION**<br><br>Judge: Hon. Saundra B. Armstrong<br><br>Date Action Filed: June 22, 2006 |

16
17
18
19
20
21
22
23
24
25
26
27
28

OHS West:260196924.1

STIPULATION AND [PROPOSED] ORDER ISSUING
RENEWED JUDICIAL NOTICE OF COLLECTIVE
ACTION AND SETTING OPT-IN DATES OF CERTAIN
PLAINTIFFS IN COLLECTIVE ACTION  C 06 3892 SBA

PETER RUKIN (State Bar No. 178336)
JOHN HYLAND (State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

DONALD H. NICHOLS (MN State Bar No. 78918)
(Admitted *pro hac vice*)
PAUL J. LUKAS (MN State Bar No. 22084X)
(Admitted *pro hac vice*)
RACHHANA T. SREY (MN State Bar No. 3401433)
(Admitted *pro hac vice*)
MATTHEW C. HELLAND (MN State Bar No. 346214)
(Admitted *pro hac vice*)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

BRYAN J. SCHWARTZ (State Bar No. 209903)
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**Attorneys for Individual and Representative Plaintiffs**

///

///

///

///

///

///

///

///

///

///

///

///

| | |
|---|---|
| 1 | TIMOTHY J. LONG (State Bar No. 137591) |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | 400 Capitol Mall, Suite 3000 |
|  | Sacramento, California 95814 |
| 3 | Telephone: (916) 447-9200 |
|  | Facsimile: (916) 329-4900 |
| 4 | E-mail: tjlong@orrick.com |

5

MICHAEL D. WEIL (State Bar No. 209056)
KATINA B. BOOSALIS (State Bar No. 244914)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
E-mail: mweil@orrick.com
E-mail: kboosalis@orrick.com

STEPHEN G. MORRISON (Admitted *Pro Hac Vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201
Telephone: (803) 255-9410
Facsimile: (803) 255-9472
E-mail: steve.morrison@nelsonmullins.com

KENNETH E. YOUNG (Admitted *Pro Hac Vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 N. Tryon Street, 42nd Floor
Charlotte, NC 28202
Telephone: (704) 417-3041
Facsimile: (704) 417-3012
E-mail: ken.young@nelsonmullins.com

**Attorneys for Defendant**
**First NLC Financial Services, LLC**

---

OHS West:260196924.1 - 3 - STIPULATION AND [PROPOSED] ORDER ISSUING RENEWED JUDICIAL NOTICE OF COLLECTIVE ACTION AND SETTING OPT-IN DATES OF CERTAIN PLAINTIFFS IN COLLECTIVE ACTION C 06 3892 SBA

1    PURSUANT TO LOCAL RULE 7-12, Plaintiffs Jeremy Stanfield, *et al.* and
2    Defendant First NLC Financial Services, LLC (collectively, "the parties") stipulate as follows:
3    WHEREAS, the parties have discovered that the original list of putative class
4    members was missing putative class members;
5    WHEREAS, the parties have agreed, upon Court approval, to conduct a second
6    mailing of the Court-approved notice and conduct a second sixty-day opt-in period for individuals
7    missing from the original class list;
8    WHEREAS, through stipulation of the parties and Court order, plaintiffs filed a
9    second amended complaint to include individuals who worked in a fourth job title, Branch
10   Processor, to be included in the collective action;
11   WHEREAS, the parties stipulate that individuals in the Branch Processor title may
12   receive notice of this collective action and have a sixty day period to opt into the collective
13   action;
14   WHEREAS, the parties have agreed upon the language to be contained in the
15   Court-approved notice to both the individuals missing from the original list of putative class
16   members and the Branch Processors (**ATTACHMENT 1**);
17   WHEREAS, the parties have agreed that certain individuals whose consent forms
18   were not served by the original opt-in deadline (February 12, 2007) will be permitted to opt-into
19   the suit, on the dates indicated on the attached list (**ATTACHMENT 2**);
20   WHEREAS, nothing by this stipulation or any other written or oral agreement by
21   First NLC shall be construed as an admission or a waiver that class certification or a collective
22   action for any of these job positions identified in plaintiffs' complaints or in this case is
23   appropriate;
24   IT IS HEREBY STIPULATED by and between the parties to this action through
25   their designated counsel as follows:
26   The parties respectfully request that this Court approve for immediate mailing
27   **ATTACHMENT 1** (renewed judicial notice) and adopt for all purposes the opt-in dates indicated
28   on **ATTACHMENT 2.**

OHS West:260196924.1

STIPULATION AND [PROPOSED] ORDER ISSUING
RENEWED JUDICIAL NOTICE OF COLLECTIVE
ACTION AND SETTING OPT-IN DATES OF CERTAIN
PLAINTIFFS IN COLLECTIVE ACTION   C 06 3892 SBA

Dated: March 16, 2007

NICHOLS KASTER & ANDERSON, LLP

By: _____/s/_____
Bryan J. Schwartz
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: March 16, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _____/s/_____
Michael D. Weil
Attorneys for Defendant
First NLC Financial Services, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __3/20/07__  _____/s/ Sandra B. Armstrong_____
Honorable Sandra B. Armstrong
United States District Court Judge

OHS West:260196924.1

STIPULATION AND [PROPOSED] ORDER ISSUING
RENEWED JUDICIAL NOTICE OF COLLECTIVE
ACTION AND SETTING OPT-IN DATES OF CERTAIN
PLAINTIFFS IN COLLECTIVE ACTION   C 06 3892 SBA