Counsel listed on next pages

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEREMY STANFIELD, ROMONIA PERSAUD, SHABNAM SHEILA DEHDASHTIAN, SAIRA LOSOYA, AND EVA WILLIAMS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06-3892 SBA JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**<br>**CIV. L.R. 6-2(a)**<br><br>Judge: Hon. Saundra Armstrong<br>Date Action Filed: June 22, 2006 |

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

Peter Rukin, CA State Bar No. 178336
John Hyland, CA State Bar No. 178875
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
(admitted **pro hac vice**)
Rachhana T. Srey, MN State Bar No. 3401433
(admitted **pro hac vice**)
Matthew C. Helland, MN State Bar No. 346214
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Franscisco, CA 94111

Attorneys for Individual and Representative Plaintiffs

1

Case No. C 06-3892 SBA

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

| | |
|---|---|
| 1 | Timothy J. Long (State Bar No.137591) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 400 Capitol Mall, Suite 3000 |
| 3 | Sacaramento, California 95814 |
|   | Telephone (916) 447-9200 |
| 4 | Facsimile (916)329-4900 |
| 5 | |
|   | Michael D. Weil (State Bar No. 209056) |
| 6 | Katina B. Boosalis (State Bar No. 244914) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 8 | |
| 9 | Stephen G. Miorrison (admittied **pro hac vice**) |
| 10 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|    | Meridian, 17th Floor |
| 11 | 1320 Main Street |
|    | Columbia, SC 29201 |
| 12 | |
| 13 | Kenneth E. Young (admitted **pro hac vice**) |
|    | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 14 | 100 N. Tryon Street, 42nd Floor |
|    | Charlotte, NC 28202 |
| 15 | |
| 16 | Attorneys for Defendant |
|    | First NLC Finanical Services, LLC |

2

Case No. C 06-3892 SBA

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

PURSUANT TO LOCAL RULE 6-2(a), Plaintiffs Jeremy Stanfield, *et al.* and Defendant First NLC Finanical Services, LLC (collectively, "the parties") stipulate as follows:

WHEREAS, the March 15, 2007 Order (Dkt. #214) sets the phase one class certification discovery cut-off as June 12, 2007;

WHEREAS, the parties have been conducting written and deposition discovery throughout the discovery period;

WHEREAS, the parties have agreed to engage in mediation of this case in Williamsburg, Virginia, beginning on April 11 and April 12;

WHEREAS, in light of the parties' focus on mediation, the parties stipulate that phase one discovery should be continued from June 12, 2007 to July 12, 2007;

WHEREAS, the parties' stipulation should not affect the other dates in the Court's Order for Pretrial Preparation, dated December 21, 2006 (Dkt. #146);

WHEREAS, nothing by this stipulation or any other written or oral agreement by First NLC shall be construed as an admission or a waiver that class certification or a collective action for any of these job poisitions identified in Plaintiffs' complaints or in this case is appropriate;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

The parties respectfully request that this Court modify Paragraph A of the December 21, 2006 Order for Pretrial Preparation as follows: "All phase one discovery, except for expert discovery, shall be completed and all depositions taken on or before **7/12/07**. The parties are responsible for scheduling discovery so that motions to resovle discovery disputes can be heard before the above discovery cut-off."

3

Case No. C 06-3892 SBA

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

Dated: April 5, 2007

NICHOLS KASTER & ANDERSON, LLP

/s/

By: _____
        Bryan J. Schwartz
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: April 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/

By: _____

Attorneys for Defendant
First NLC Financial Services, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/13/07_____    _____*Saundra B. Armstrong*_____
                                          Honorable Saundra Armstrong
                                          United States Magistrate Judge