1  Counsel listed on next pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Stanfield, Romonia Persaud, and Shabnam Sheila Dehdashtian, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>First NLC Financial Services, LLC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. C 06-3892 SBA JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF HEARING ON PLAINTIFFS' STATEMENT REQUESTING LEAVE TO TAKE MORE THAN 10 DEPOSITIONS AND TO COMPEL NOTICED DEPOSITIONS, AND TO CONTINUE DEADLINE FOR PLAINTIFFS' REPLY BRIEF REGARDING SAME**<br><br>Date Action Filed: June 22, 2006 |

PETER RUKIN (State Bar No. 178336)
JOHN HYLAND (State Bar No. 178875)
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

DONALD H. NICHOLS (MN State Bar No. 78918)
(Admitted *pro hac vice*)
PAUL J. LUKAS (MN State Bar No. 22084X)
(Admitted *pro hac vice*)
RACHHANA T. SREY (MN State Bar No. 3401433)
(Admitted *pro hac vice*)
MATTHEW C. HELLAND (MN State Bar No. 346214)
(Admitted *pro hac vice*)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

BRYAN J. SCHWARTZ (State Bar No. 209903)
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**Attorneys for Individual and Representative Plaintiffs**

///

///

///

///

///

///

///

///

///

///

///

///

OHS West:260235714.1 - 2 - STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE OF HEARING ON PLAINTIFFS'
STATEMENT RE DEPOSITIONS C 06 3892 SBA

| | |
|---|---|
| 1 | TIMOTHY J. LONG (State Bar No. 137591)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | 400 Capitol Mall, Suite 3000<br>Sacramento, California 95814 |
| 3 | Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900 |
| 4 | E-mail: tjlong@orrick.com |
| 5 | |
| 6 | MICHAEL D. WEIL (State Bar No. 209056)<br>KATINA B. BOOSALIS (State Bar No. 244914)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 405 Howard Street<br>San Francisco, CA 94105 |
| 8 | Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |
| 9 | E-mail: mweil@orrick.com<br>E-mail: kboosalis@orrick.com |
| 10 | |
| 11 | STEPHEN G. MORRISON (Admitted *Pro Hac Vice*)<br>NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 12 | Meridian, 17th Floor<br>1320 Main Street |
| 13 | Columbia, SC 29201<br>Telephone: (803) 255-9410 |
| 14 | Facsimile: (803) 255-9472<br>E-mail: steve.morrison@nelsonmullins.com |
| 15 | KENNETH E. YOUNG (Admitted *Pro Hac Vice*) |
| 16 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>100 N. Tryon Street, 42nd Floor |
| 17 | Charlotte, NC 28202<br>Telephone: (704) 417-3041 |
| 18 | Facsimile: (704) 417-3012<br>E-mail: ken.young@nelsonmullins.com |
| 19 | **Attorneys for Defendant** |
| 20 | **First NLC Financial Services, LLC** |

OHS West:260235714.1 — - 3 - — STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON PLAINTIFFS' STATEMENT RE DEPOSITIONS C 06 3892 SBA

1  Plaintiffs Jeremy Stanfield, *et al.* ("Plaintiffs"), on the one hand, and Defendant First NLC Financial Services, LLC ("Defendant" or "First NLC"), on the other hand (collectively, the "parties"), through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-2 as follows:

    1. Plaintiffs filed their Statement Requesting Leave To Take More Than 10 Depositions And To Compel Noticed Depositions ("Plaintiffs' Request") on April 5, 2007. A hearing was set for June 6, 2007.

    2. The parties have been engaged in settlement negotiations. The parties agree that it would be injurious to the settlement process for the parties and counsel to have to devote substantial time and resources to address litigation demands.

    3. Therefore, the parties stipulate and agree that the hearing on Plaintiffs' Request shall be continued five (5) weeks, until July 11, 2007, with Plaintiffs' reply brief regarding this motion due two weeks prior to the hearing, on June 27, 2007.

    4. The parties have stipulated, and the Court has ordered, prior continuances to the class certification discovery deadline in this case, as set forth in the Court's scheduling order.

    5. The requested modification to the hearing date should not have an impact on the schedule for this case.

    6. The parties respectfully request that the May 1, 2007 Notice and Order Setting Hearing (Dkt. #251) shall be revised to state:

///
///
///
///
///
///
///
///
///

The above entitled case has been set for hearing plaintiff's motion to take depositions and compel noticed depositions on **July 11, 2007** at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

In accordance with Civil Local Rule 7-3, any reply to the opposition, already filed, shall be served and filed no later than fourteen (14) days prior to the date of the hearing.

SO STIPULATED.

Dated: May 18, 2007

NICHOLS KASTER & ANDERSON, LLP

By: _____/s/_____
Bryan J. Schwartz
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: May 18, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _____/s/_____
Michael D. Weil
Attorneys for Defendant
First NLC Financial Services, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 22, 2007

IT IS SO ORDERED
Judge James Larson

Honorable
United States Magistrate Judge