1 | Counsel listed on next pages

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JEREMY STANFIELD, ROMONIA PERSAUD, SHABNAM SHEILA DEHDASHTIAN, SAIRA LOSOYA, AND EVA WILLIAMS, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NLC FINANCIAL SERVICES, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06-3892 SBA JL<br><br>**STIPULATION AND ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE CIV. L.R. 6-2(a)**<br><br>Judge: Hon. Saundra Armstrong<br>Date Action Filed: June 22, 2006 |

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

Peter Rukin, CA State Bar No. 178336
John Hyland, CA State Bar No. 178875
RUKIN HYLAND DORIA & TINDALL, LLP
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Donald H. Nichols, MN State Bar No. 78918
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
(admitted **pro hac vice**)
Rachhana T. Srey, MN State Bar No. 3401433
(admitted **pro hac vice**)
Matthew C. Helland, MN State Bar No. 346214
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Bryan J. Schwartz, CA State Bar No. 209903
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center
Ste. 720
San Franscisco, CA 94111

Attorneys for Individual and Representative Plaintiffs

1                                          Case No.  C 06-3892 SBA
**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE
DISCOVERY CUT-OFF DATE**

1  Timothy J. Long (State Bar No.137591)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
3  Sacramento, California 95814
   Telephone (916) 447-9200
4  Facsimile (916)329-4900

5  Michael D. Weil (State Bar No. 209056)
   Katina B. Boosalis (State Bar No. 244914)
6  ORRICK, HERRINGTON  & SUTCLIFFE LLP
7  405 Howard Street
   San Francisco, CA 94105
8

9  Stephen G. Miorrison (admittied **pro** **hac** **vice**)
   NELSON MULLINS RILEY & SCARBOROUGH LLP
10 Meridian, 17th Floor
11 1320 Main Street
   Columbia, SC 29201
12
   Kenneth E. Young (admitted **pro** **hac** **vice**)
13 NELSON MULLINS RILEY & SCARBOROUGH LLP
   100 N. Tryon Street, 42nd Floor
14 Charlotte, NC 28202
15
   Attorneys for Defendant
16 First NLC Finanical Services, LLC

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.  C 06-3892 SBA

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

PURSUANT TO LOCAL RULE 6-2(a), Plaintiffs Jeremy Stanfield, *et al.* and Defendant First NLC Finanical Services, LLC (collectively, "the parties") stipulate as follows:

WHEREAS, the April 13, 2007 Order (Dkt. #236) sets the phase one class certification discovery cut-off as July 12, 2007;

WHEREAS, the parties have been conducting written and deposition discovery throughout the discovery period;

WHEREAS, the parties have been actively engaged in mediation of this case, including an in-person conference in Williamsburg, Virginia, on April 11, 2007, and continuing negotiations throughout the subsequent weeks, to the present;

WHEREAS, in light of the parties' focus on mediation, the parties stipulate that phase one discovery should be continued from July 12, 2007 to August 28, 2007;

WHEREAS, the parties' stipulation should not affect the other dates in the Court's Order for Pretrial Preparation, dated December 21, 2006 (Dkt. #146);

WHEREAS, nothing by this stipulation or any other written or oral agreement by First NLC shall be construed as an admission or a waiver that class certification or a collective action for any of these job poisitions identified in Plaintiffs' complaints or in this case is appropriate;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

The parties respectfully request that this Court modify Paragraph A of the December 21, 2006 Order for Pretrial Preparation as follows: "All phase one discovery, except for expert discovery, shall be completed and all depositions taken on or before **8/28/07**. The parties are

**STIPULATION AND [PROPOSED] ORDER CONTINUING PHASE ONE DISCOVERY CUT-OFF DATE**

responsible for scheduling discovery so that motions to resolve discovery disputes can be heard before the above discovery cut-off."

Dated: May 17, 2007

           NICHOLS KASTER & ANDERSON, LLP

               /s/

           By: _____
              Bryan J. Schwartz
           Attorneys for Plaintiffs and Representative Plaintiffs

Dated: May 17, 2007

           ORRICK, HERRINGTON & SUTCLIFFE LLP
           NELSON MULLINS RILEY & SCARBOROUGH LLP

               /s/
           By: _____

             Attorneys for Defendant
            First NLC Financial Services, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/23/07        _____
            Honorable Saundra Armstrong
            United States Magistrate Judge