1     Counsel listed on next pages

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   Jeremy Stanfield, Romonia Persaud, Shabnam        Case No.  C 06-3892 SBA JL
    Sheila Dehdashtian, Saira Losoya, Eva
10  Williams, Corby McNay, Melissa Michel,           **CONSENT TO AMEND COMPLAINT**
    Richelle Pica, Scot Robbins, Mark Yehle, Eric    **UNDER FED.R.CIV.P. 15(a),**
11  Dorsett , individually, on behalf of all others  **STIPULATION TO TOLL CLAIMS OF**
    similarly situated, and on behalf of the general **FUNDERS, AND [PROPOSED] ORDER**
12  public,
13              Plaintiffs,                           Judge: Hon. Saundra B. Armstrong

14        v.                                          Date Action Filed: June 22, 2006

15  First NLC Financial Services, LLC, and
    DOES 1 through 50 inclusive,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28
                                          CONSENT TO AMEND COMPLAINT, STIPULATION
                                                 TO TOLL CLAIMS OF FUNDERS,
                                                   AND [PROPOSED] ORDER
                                                      C 06 3892 SBA

1

2  PETER RUKIN (State Bar No. 178336)
   JOHN HYLAND (State Bar No. 178875)
3  RUKIN HYLAND DORIA & TINDALL, LLP
   100 Pine Street, Suite 725
4  San Francisco, CA 94111
   Telephone:    (415) 421-1800
5  Facsimile:    (415) 421-1700

6  DONALD H. NICHOLS (MN State Bar No. 78918)
   (Admitted *pro hac vice*)
7  PAUL J. LUKAS (MN State Bar No. 22084X)
   (Admitted *pro hac vice*)
8  RACHHANA T. SREY (MN State Bar No. 3401433)
   (Admitted *pro hac vice*)
9  MATTHEW C. HELLAND (MN State Bar No. 346214)
   (Admitted *pro hac vice*)
10 4600 IDS Center
   80 South Eighth Street
11 Minneapolis, MN 55402

12 BRYAN J. SCHWARTZ (State Bar No. 209903)
   NICHOLS KASTER & ANDERSON, LLP
13 One Embarcadero Center
   Suite 720
14 San Francisco, CA 94111
   Telephone:    (415) 277-7236
15 Facsimile:    (415) 277-7238

16 **Attorneys for Individual and Representative Plaintiffs**

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

CONSENT TO AMEND COMPLAINT, STIPULATION
TO TOLL CLAIMS OF FUNDERS,
AND [PROPOSED] ORDER
C 06 3892 SBA

1  TIMOTHY J. LONG (State Bar No. 137591)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  400 Capitol Mall, Suite 3000
   Sacramento, California 95814
3  Telephone:    (916) 447-9200
   Facsimile:    (916) 329-4900
4  E-mail:       tjlong@orrick.com

5  MICHAEL D. WEIL (State Bar No. 209056)
   KATINA B. BOOSALIS (State Bar No. 244914)
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA 94105
   Telephone:    (415) 773-5700
8  Facsimile:    (415) 773-5759
   E-mail:       mweil@orrick.com
9  E-mail:       kboosalis@orrick.com

10 STEPHEN G. MORRISON (Admitted *Pro Hac Vice*)
   NELSON MULLINS RILEY & SCARBOROUGH LLP
11 Meridian, 17th Floor
   1320 Main Street
12 Columbia, SC 29201
   Telephone:    (803) 255-9410
13 Facsimile:    (803) 255-9472
   E-mail:       steve.morrison@nelsonmullins.com
14
15 KENNETH E. YOUNG (Admitted *Pro Hac Vice*)
   NELSON MULLINS RILEY & SCARBOROUGH LLP
16 100 N. Tryon Street, 42nd Floor
   Charlotte, NC 28202
17 Telephone:    (704) 417-3041
   Facsimile:    (704) 417-3012
18 E-mail:       kcn.young@nelsonmullins.com

19 **Attorneys for Defendant**
   **First NLC Financial Services, LLC**
20

21

22

23

24

25

26

27

28
                              CONSENT TO AMEND COMPLAINT, STIPULATION
                                     TO TOLL CLAIMS OF FUNDERS,
                                        AND [PROPOSED] ORDER
                                            C 06 3892 SBA

Under Fed.R.Civ.P. 15(a), a party may amend a Complaint at any time by written consent of the adverse party.

The Parties hereby agree that Plaintiff shall file on July 24, 2007 the Fourth Amended Complaint in this matter, adding the job title of "funders" who worked in California to the complaint, and adding as named Plaintiffs Derena Sparrow-Milrot, Yvette Lawrence, and Jolene Hunt-Fleming. The Fourth Amended Complaint shall also clarify that the position of "account executives" in the complaint is intended to reference "inside account executive;"

Defendant has denied and continues to deny each of the claims and contentions alleged by Plaintiffs in this matter, denies any wrongdoing or legal liability arising out of any of the facts or conduct alleged in this matter, believes that it has valid defenses to Plaintiffs' claims, contends that all of its employees have been compensated in compliance with the law, and that its conduct was not willful with respect to the classification of employees as exempt.

After the Court dockets the Fourth Amended Complaint and accepts the Stipulation below, Plaintiffs intend to withdraw the case of *Derena Sparrow-Milrot, et al v. First NLC Financial Services*, LLC, United States District Court for the Central District of California, case No. SACV07-0119 AHS (RCx).

In the event the Court does not certify a Rule 23 class action on behalf of the California funders, which the parties will requested as part of a settlement currently being finalized, and which will toll the statute of limitations to June 22, 2002 for all California funders' claims, then the parties stipulate, and Defendant will at no time dispute, that funders who opted-into the matter of *Derena Sparrow-Milrot, et al v. First NLC Financial Services*, LLC, United States District Court for the Central District of California, case No. SACV07-0119 AHS (RCx), shall have their claims tolled to the dates they opted into that matter.

The individuals who opted-into the matter of *Sparrow-Milrot, et al v. First NLC Financial Services, LLC*, United States District Court for the Central District of California, case No. SACV07-0119 AHS (RCx) shall be included in this matter.

| Last Name | First Name | Middle Name | Actual Filing Consent Date |
|---|---|---|---|
| Alvarado | Ruben | | 01/30/2007 |
| Barnes | Cassandra | | 01/30/2007 |
| Drew | Desiree | | 03/08/2007 |
| Hood | Samantha | | 03/21/2007 |
| Hunt -Fleming | Jolene | | 03/02/2007 |
| Judge | Barbara | | 04/04/2007 |
| Ketchersid-Eagle | Lori | | 01/30/2007 |
| Kien | Julie | | 01/30/2007 |
| Lawrence | Yvette | | 01/30/2007 |
| Murphy | Sharon | | 01/30/2007 |
| Ramirez | Ramon | | 01/30/2007 |
| Romolo | Victoria | | 03/02/2007 |
| Russell | Jessica | | 04/12/2007 |
| Silva | Orlando | | 01/30/2007 |
| Sparrow-Milrot | Derena | | 01/30/2007 |

Dated: 7/24/07

NICHOLS KASTER & ANDERSON, PLLP
NICHOLS KASTER & ANDERSON, LLP
RUKIN HYLAND DORIA & TINDALL, LLP

By: _____
BRYAN J. SCHWARTZ
Attorneys for Plaintiffs and Representative Plaintiffs

Dated: 7/24/07

NELSON MULLINS RILEY & SCARBOROUGH LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
STEPHEN G. MORRISON
Attorneys for Defendant
First NLC Financial Services, LLC

1

**ORDER**

2

3      Pursuant to the parties' stipulation, it is ORDERED that individuals who opted-into the

4  matter of *Derena Sparrow-Milrot, et al v. First NLC Financial Services*, LLC, United States

5  District Court for the Central District of California, case No. SACV07-0119 AHS (RCx), shall

6  have their claims tolled to a date no later than the dates on which they opted-into that matter.

7

8  Dated:   8/2/07

9                                             Honorable Sandra B. Armstrong
                                              United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28