UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Stanfield, Romonia Persaud, Shabnam Sheila Dehdashtian, Saira Losoya, Eva Williams, Corby McNay, Melissa Michel, Richelle Pica, Scot Robbins, Mark Yehle, Eric Dorsett, Derena Sparrow-Milrot, Yvette Lawrence, and Jolene Hunt-Fleming, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>First NLC Financial Services, LLC, and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. C 06-3892 SBA JL<br><br>**[PROPOSED] ORDER** |

Upon consideration of the Joint Motion for Leave to File Under Seal, and Memorandum in Support Thereof, and the grounds stated therefore, and for the entire record herein, it is on this _____ day of December, hereby

ORDERED that the Joint Motion For Leave To File Under seal should be and hereby is granted; and it is

FURTHERED ORDERED that this Court accepts for filing under seal Exhibit 2 Plaintiff's "Joint

Motion For Final Approval Of Settlement And Release Between Plaintiffs And Defendant;" and Exhibit A to the "Stipulation And [Proposed] Order To Amend Settlement And Release Between Plaintiffs And Defendant"

it is

FURTHERED ORDERED that the documents shall be maintained under seal and not available to the general public until further order of the Court.

Dated: 12/24/07 _____
Honorable Saundra Brown Armstrong
United States District Court Judge

[PROPOSED] ORDER

2